*Amended*

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

X Civil _____ Division

Lisa Enlow and John Enlow

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Wal-Mart Stores, Inc, Aaron Arndt, Jeffrey Schaufus
James Ris.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 6:22-cv-01933-WWB-LHP
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

Amended

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**
(Non-Prisoner Complaint)

FILED 2023 MAR 27 PM 3:12 US DISTRICT COURT MIDDLE DISTRICT OF FL ORLANDO FLORIDA

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lisa Enlow and John Enlow |
| Address | 2572 Emerson Drive SE |
| | Palm Bay, FL 32909 |
| | *City / State / Zip Code* |
| County | Brevard |
| Telephone Number | 321-474-3345 |
| E-Mail Address | enlow9174@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Wal-Mart Stores, Inc |
| Job or Title *(if known)* | |
| Address | 702 SW 8th Street |
| | Bentonville, AR 72716 |
| | *City / State / Zip Code* |
| County | Benton County |
| Telephone Number | 479-273-4000 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity  [✔] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Aaron Arndt |
| Job or Title *(if known)* | |
| Address | 130 Malabar Road |
| | Palm Bay, FL 32907 |
| | *City / State / Zip Code* |
| County | Brevard |
| Telephone Number | 321-952-3456 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity  [✔] Official capacity

Defendant No. 3
Name: Jeffrey Schaufus
Job or Title (if known): Loss Prevention Officer
Address: 1040 Malabar Road
Palm Bay, FL 32907
City / State / Zip Code
County: Brevard
Telephone Number: 321-723-2171
E-Mail Address (if known):

[ ] Individual capacity   [✔] Official capacity

Defendant No. 4
Name: James Ris
Job or Title (if known):
Address: 4092 Merrillville Drive, Unit 14107
West Melbourne Fl 32904
City / State / Zip Code
County: Brevard
Telephone Number: 321-952-3456
E-Mail Address (if known):

[ ] Individual capacity   [✔] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? Deprivation of Rights; retaliatory prosecution. Violation of Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Wal-Mart Stores, Inc.
1040 Malabar Road
Palm Bay, FL 32907

B. What date and approximate time did the events giving rise to your claim(s) occur?
10/18/2020

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
We are the victims of police misconduct, wrongful arrest, discrimination, defamation of character and coercion. We have been blocked from making complaints to internal affairs by the police chief (he actually cancelled 2 meetings), told that because I am a woman I was trying to make a complaint because my feelings were hurt. The current command staff has attempted to coerce me into changing my statements and the police have refused service to us and then laughed on about it and taunted us when we called to request a police response. After making these complaints, my husband and I were wrongfully arrested by an officer we made a complaint about, Officer Aaron Arndt to the prior Chief of police Jim Rogers, (after Aaron Arndt recognized us, verbally stated he recognized us, the charges went from tresspassing which is what Jeffrey Shaufus requested to misdemeanor to a felony after recognizing we were the one who made a complaint against him). I have never even had a speeding ticket let alone be a hardened felon. The police department and command staff have abused their authority, and in the process are harassing us and attempting to ruin our lives because we have chosen to stand up to them and try to bring their abuse of power to light. The video of the incident we received has been altered. The original receipt was confiscated by Aaron Arndt and has since disappeared. The computer generated receipt received is altered.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Post Traumatic Stress, Emotional Distress, Insomnia, Weight Gain, Depression, Panic Attacks, Heart Palputation, mental anguish,

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$500,000 for Lisa Enlow for PTSD, Mental Anguish, defimation of character caused by the Malicious, vengeful, retaliatory arrest.

$500,000 for John Enlow for PTSD, Mental Anguish, defimation of character caused by the Malicious, vengeful, retaliatory arrest.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/22/2023 ~~10/17/2022~~

Signature of Plaintiff: *[signed] Lisa Enlow; J. Enlow*

Printed Name of Plaintiff: Lisa Enlow and John Enlow

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
       City      State     Zip Code
Telephone Number: _____
E-mail Address: _____